# Court of Appeals
# of the State of Georgia

ATLANTA, April 24, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1474.  LDARIAN ANTWON COLBERT v. THE STATE.**

In November 2015, Ldarian Antwon Colbert pleaded guilty to armed robbery and aggravated assault. On February 9, 2017, Colbert filed a motion for an out-of-time appeal, seeking to withdraw his guilty plea. On April 24, 2017, the trial court denied Colbert's motion, and he filed a notice of appeal to this Court on June 5, 2017. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Colbert's notice of appeal is untimely, as it was filed 42 days after the order denying his motion for an out-of-time appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/24/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*